1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    IN RE: BEXTRA AND CELEBREX                  )   3:07-CV-01890
     MARKETING SALES PRACTICES AND               )
8    PRODUCT LIABILITY LITIGATION                )   MDL NO. 1699
9                                                )   District Judge: Charles R. Breyer
                                                 )
10   Jim Barlock, et al.,                        )
                                                 )
11                          Plaintiff(s),        )   STIPULATION AND ORDER OF
                                                 )   DISMISSAL WITH PREJUDICE
12                   vs.                         )
                                                 )
13   Pfizer Inc, et al.                          )
                            Defendants.          )
14                                               )
                                                 )
15                                               )
                                                 )
16

17        Come now the Plaintiff(s), **Katie Chambers and James Chambers** and Defendants, by

18   and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

19   and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own

20   attorneys' fees and costs.

21

22

23

24

25

26

27

1

2 DATED: **Jan. 6, 2010** By: _____

3
Hissey Kientz, L.L.P.
4 Eric Walker, Esq.
David L. Friend, Esq.
5 9442 Capital of Texas Hwy N., Suite 400
Austin, TX 78759
6 Telephone: (512) 320-9100
Facsimile: (512) 320-9101
7 Attorneys for Plaintiff(s)

8
DATED: **Jan. 6, 2010** By: _____
9
DLA PIPER LLP (US)
10 1251 Avenue of the Americas
New York, NY 10020
11 Telephone: (212) 335-4500
Facsimile: (212) 335-4501
12 *Defendants' Liaison Counsel*

13

14

15

16 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**
17

18 Dated: JAN 1 9 2010
19 Hon. Charles R. Breyer
United States District Court
20

21

22

23

24

25

26

27