1

2

3                      UNITED STATES DISTRICT COURT

4                     NORTHERN DISTRICT OF CALIFORNIA

5

6

7                                              )   3:07-CV-01890
                                               )
   IN RE: BEXTRA AND CELEBREX                  )
8  MARKETING SALES PRACTICES AND               )   **MDL NO. 1699**
   PRODUCT LIABILITY LITIGATION                )   **District Judge:  Charles R. Breyer**
9                                              )

10 Jim Barlock, et al.,                        )
                                               )
11                            Plaintiff(s),    )   **STIPULATION AND ORDER OF**
                                               )   **DISMISSAL WITH PREJUDICE**
12                 vs.                         )
                                               )
13 Pfizer Inc, et al.                          )
                              Defendants.      )
14                                             )
                                               )
15                                             )
                                               )
16

17        Come now the Plaintiff(s), **Katie Chambers and James Chambers** and Defendants, by

18  and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

19  and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own

20  attorneys' fees and costs.

21

22

23

24

25

26

27

1

2   DATED:   Jan. 6, 2010         By:

3                                   Hissey Kientz, L.L.P.
4                                   Eric Walker, Esq.
                                    David L. Friend, Esq.
5                                   9442 Capital of Texas Hwy N., Suite 400
                                    Austin, TX 78759
6                                   Telephone: (512) 320-9100
                                    Facsimile: (512) 320-9101
7                                   Attorneys for Plaintiff(s)

8   DATED:   Jan. 6, 2010         By:

9
                                    DLA PIPER LLP (US)
10                                  1251 Avenue of the Americas
                                    New York, NY 10020
11                                  Telephone: (212) 335-4500
                                    Facsimile: (212) 335-4501
12                                  *Defendants' Liaison Counsel*

13

14

15

16  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
17

18  Dated: JAN 1 9 2010
19                                  Hon. Charles R. Breyer
                                    United States District Court
20

21

22

23

24

25

26

27